Per Curiam.
 

 [¶ 1] The mother, C.A.M.T., appeals from a juvenile court order terminating her parental rights in A.T. The juvenile court found the child is deprived, the conditions and causes of the deprivation are likely to continue, and the child is suffering or will probably suffer serious physical, mental, moral, or emotional harm.
 
 See
 
 N.D.C.C. § 27-20-44(1)(c)(1). The juvenile court also found the child had been in foster care for more than 450 of the previous 660 nights.
 
 See
 
 N.D.C.C. § 27-20-44(1)(c)(2). The mother argues clear and convincing evidence does not support a finding that the child was deprived, that the conditions and causes of deprivation are likely to continue, or that by reason thereof the child is suffering or will probably suffer serious physical, mental, moral, or emotional harm. The juvenile court's findings are not clearly erroneous, and we summarily affirm under N.D.R.App.P. 35.1(a)(2).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Jerod E. Tufte
 

 Jon J. Jensen
 

 Lisa Fair McEvers
 

 Daniel J. Crothers